|   |   |
|---|---|
| 1 | JAMES HAWKINS APLC |
| 2 | James R. Hawkins, Esq. (#192925) |
|   | Gregory Mauro, Esq. (#222239) |
| 3 | Michael Calvo, Esq. (#314986) |
| 4 | 9880 Research Drive, Suite 800 |
|   | Irvine, CA 92618 |
| 5 | Tel.: (949) 387-7200 |
| 6 | Fax: (949) 387-6676 |
|   | Email: James@jameshawkinsaplc.com |
| 7 | Email: Greg@jameshawkinsaplc.com |
| 8 | Email: Michael@jameshawkinsaplc.com |

Attorneys for Plaintiff SHAUNTESE LEE individually and on behalf of all others similarly situated

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| SHAUNTESE LEE, individually and on behalf of all others similarly situated, | Case No. 8:19-cv-01625-DOC-JDE |
|---|---|
|  | Hon. David O. Carter |
| Plaintiffs, | **ORDER RE VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(A)(ii) [30]** |
| v. |  |
| VICTORIA'S SECRET, a Delaware Corporation; VICTORIA'S SECRET STORES, LLC.; a Delaware Corporation; L BRANDS, INC., a Ohio Corporation, and DOES 1-50, inclusive, |  |
| Defendants. |  |

## ORDER

The Court has reviewed and considered the Joint Request for Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(A)(ii). The requested dismissal of this entire action is granted. This case is hereby dismissed in its entirety with prejudice as to Plaintiff's individual claims and without prejudice as to the putative class and putative claims filed against Defendants.

**IT IS SO ORDERED.**

DATED: July 27, 2023

_____
Hon. David O. Carter
United States District Court Judge